

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00003-CV

| | | |
|---|---|---|
| Wanda Esker | § | From the 158th District Court |
| | § | of Denton County (14-00942-158) |
| v. | § | October 26, 2017 |
| City of Denton, Texas | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant Wanda Esker shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel